**Dated: December 28, 2010 07:40:53**

**The following is ORDERED:**

Niles Jackson
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Kelly Jane Wilborn | ) | Case No. 09-14804-NLJ |
| | ) | Chapter 13 |
| Debtor. | ) | |

## ORDER OF DISMISSAL
## FOR FAILURE TO MAKE PAYMENTS

This matter comes on before this Court on the Chapter 13 Trustee's Motion to Dismiss for Failure to Make Regular Payments.  Upon representation of counsel, the Motion to Dismiss was filed on August 3, 2010, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007. The debtor filed her Objection on August 4, 2010, and withdrew that Objection on December 20, 2010. No other response was filed. Therefore, dismissal is appropriate.

IT IS THEREFORE ORDERED that this case is dismissed pursuant to 11 U.S.C.

§ 1307 (c).

### 

APPROVED FOR ENTRY:


/s/ Linda Ruschenberg
Linda Ruschenberg, OBA #12842
Attorney for Chapter 13 Trustee
P.O. Box 1948
Oklahoma City, OK  73101
trustee@chp13okc.com
(405) 236-4843

09-14804 Order of Dism